# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NIGEL WASHINGTON

NO. 2025 KW 0852

**NOVEMBER 3, 2025**

---

In Re:    Nigel Washington, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. C-617051.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** As an incarcerated pro se prisoner, relator may seek review of the district court's ruling on his motion to review sentence without the necessity of obtaining a return date. However, relator should seek review of the ruling within a reasonable time. With regard to the motion for clarification of ruling, relator failed to provide any information regarding the ruling for which he sought clarification.  Thus, there is no basis for this court to order the district court to clarify its ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT